Case 2:19-cv-05559-SJF-AYS   Document 7   Filed 03/11/20   Page 1 of 1 PageID #: 64

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 11 2020   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES MURPHY, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

432 NORTH WANTAGH AVENUE LLC

Defendant.

Case No.: 2:19-cv-05559-SJF-AYS

**NOTICE OF VOLUNTARY**
**DISCONTINUANCE**

Plaintiff(s), JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER

PERSONS SIMILARLY SITUATED, in accordance with Rule 41(a)(1) of the Federal Rules of

Civil Procedure, hereby dismisses the above entitled action against 432 NORTH WANTAGH

AVENUE LLC without prejudice and without fees and costs.

Dated: Melville, NY
        March 11, 2020

LAW OFFICE OF DARRYN G.
SOLOTOFF PLLC

Darryn G. Solotoff (DS-8117)
Attorney for Plaintiff(s)
25 Melville Park Road, Suite 108
Phone: 516.695.0052
ds@lawsolo.net

SO ORDERED: this 11th day of March 2020.

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Court Judge